IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JERRY REGISTER,

Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.                                                        CASE NO. 1D16-3083

GERALD GRANGER,

Appellee.

_____/

Opinion filed February 6, 2017.

An appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Bill R. Hutto of Hutto & Bodiford, Panama City, for Appellee.

PER CURIAM.

AFFIRMED.

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., CONCUR.